DIXON NATIONAL BANK ET AL. V. OMAHA NATIONAL BANK.

FILED MAY 4, 1898. No. 8056.

1. **Garnishment: REVIEW OF PROCEEDINGS.** Proceedings in garnishment after judgment are reviewable by petition in error, and not by appeal.

2. **Proceeding in Error: TIME.** A proceeding in error must be commenced in the supreme court within one year from the date of the judgment or final order sought to be reviewed.

ERROR AND APPEAL from the district court of Douglas county. Tried below before SCOTT, J. *Appellate proceedings dismissed.*

*Byron G. Burbank*, for plaintiffs in error.

*Paul Charlton*, contra.

NORVAL, J.

This was a proceeding in garnishment after judgment. From an order of the district court sustaining the garnishment proceedings on behalf of the Omaha National

Bank an appeal was prosecuted to this court by the garnishee, Frank E. Moores, and the interveners, the Dixon National Bank of Dixon, Illinois, the Thompson National Bank of Thompson, Connecticut, and the Middleborough National Bank of Middleborough, Massachusetts. Subsequently said garnishee and interveners filed a petition in error.

The order of the court below which is now assailed was made in a law action, and cannot be reviewed by appeal. (*Nebraska Loan & Trust Co. v. Lincoln & B. H. R. Co.* 53 Neb. 246; *Nebraska Wesleyan University v. Craig's Estate,* 54 Neb. 173; *Campbell v. Farmers & Merchants Bank of Elk Creek,* 49 Neb. 143.)

The petition in error must be dismissed, since the same was filed in this court more than one year subsequent to the making of the order sought to be reviewed. (*Rogers v. Redick,* 10 Neb. 332; *Patterson v. Woodland,* 28 Neb. 250; *Clark v. Morgan,* 21 Neb. 673; *Chapman v. Allen,* 33 Neb. 129; *Scarborough v. Myrick,* 47 Neb. 794; *Hansen v. Kinney,* 46 Neb. 207; *Record v. Butters,* 42 Neb. 786.)

DISMISSED.